# Exemplary Non-Infringement Claim Chart

# U.S. Patent 12,304,546 ("Collapsible carts")

| Asserted Claim | | Non-Infringing Products |
|---|---|---|
| Claim 1 | | |
| 1pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| | |  |
| 1a | a frame defining a compartment, wherein: the frame comprises at least five walls, with at least three of the | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

| | | |
|---|---|---|
| | walls configured to rotatably fold inwardly when the cart is folded up into the closed condition, two of which are opposing walls; | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 1b | the two opposing walls each being rotatably coupled to a wall that does not fold inwardly when the cart is folded up into the closed condition; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 1c | one of the two opposing walls consists of a first panel and a second panel; and | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

| | | |
|---|---|---|
| | | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart.<br><br> |
| 1d | the second panel rotatably coupled to the first panel; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

|  |  | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 1e | a first latch part disposed on an edge of the first panel when the collapsible cart is in the closed condition and the open condition; and | Plaintiff denies that the Non-Infringing Products have "a first latch part." The swing clips are not latch parts.<br><br>The swing clips on the Non-Infringing Products are one-piece rotating clips that pivot to connect vertically adjacent panels to each other and to the top rim; they do not consist of two separate mating members and therefore are not latch parts within the meaning of Claim 1. |

 

| | | |
|---|---|---|
| 1f | a second latch part disposed on an edge of the second panel when the collapsible cart is in the closed condition and the open condition, wherein | Plaintiff denies that the Non-Infringing Products have "a second latch part." The swing clips are not latch parts.<br><br>The swing clips on the Non-Infringing Products are one-piece rotating clips that pivot to connect vertically adjacent panels to each other |

|  |  | and to the top rim; they do not consist of two separate mating members and therefore are not latch parts within the meaning of Claim 1.<br><br> |
|---|---|---|
| 1g | the first latch part and the second latch part are configured to mate with one another and hold the first | Even assuming arguendo that a swing clip constitutes "a latch part," the swing clips cannot mate with one another. Nor are the swing clips "configured to hold the first and second panels in a common plane," |

| | | |
|---|---|---|
| | and second panels in a common plane when the first and second latch parts are latched together; and | because the swing clips are configured to secure layer units — not to secure the first and second panels along a plane.   |
| 1h | when the first and second latch parts are unlatched from one another, the second panel is | Plaintiff denies that the Non-Infringing Products have "latch parts." The swing clips are not latch parts. |

| capable of rotating relative to the first panel. | The swing clips on the Non-Infringing Products are one-piece rotating clips that pivot to connect vertically adjacent panels to each other and to the top rim; they do not consist of two separate mating members and therefore are not latch parts within the meaning of Claim 1  |
|---|---|

| Claim 9 | | |
|---|---|---|
| 9pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 9a | a frame defining a compartment, wherein:<br><br>the frame comprises at least five walls, including a first wall, a second wall, a third wall, a fourth wall, and a fifth wall; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| 9b | at least three of the walls are configured to fold inwardly toward the fifth wall when the cart is in the closed condition; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 9c | the third wall comprises a first panel and a second panel, the second panel rotatably coupled to the first panel; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |



| | a fastener configured to selectively secure the first panel and the second panel in a substantially coplanar | Plaintiff denies that the Non-Infringing Products have "a fastener configured to selectively secure the first panel and the second panel in a substantially coplanar alignment." |
|---|---|---|
| 9d | | |

| | |
|---|---|
| alignment, the fastener comprising: | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.<br><br>Even assuming arguendo that a swing clip constitutes "a fastener," it is not "configured to selectively secure the first panel and the second panel in a substantially coplanar alignment," because the swing clip is configured to secure layer units — not to secure the first and second panels along a plane. |

| | | |
|---|---|---|
| |  |  |
| 9e | a first fastener member integrally disposed on an edge of the first panel when the collapsible cart is in the closed | Plaintiff denies that the Non-Infringing Products have "a first fastener member."<br><br>The swing clips on the Non-Infringing Products are one-piece rotating clips that do not consist of two separate mating members and |

| | | |
|---|---|---|
| | condition and the open condition; and | therefore do not constitute a "first fastener member" or "second fastener member" within the meaning of Claim 9.<br><br> |
| 9f | a second fastener member integrally disposed on an edge of the second panel when the | Plaintiff denies that the Non-Infringing Products have "a second fastener member." |

| | | |
|---|---|---|
| | collapsible cart is in the closed condition and the open condition; |  |
| 9g | wherein the first fastener member and the second fastener member are configured to mate with one another to hold the first panel and the second panel | Plaintiff denies that the Non-Infringing Products have "a fastener" as discussed above, let alone "fastener members." <br><br> Plaintiff's Non-Infringing Products do not have structures that can mate with one another to hold the first panel and the second panel in the substantially coplanar alignment. |

| | |
|---|---|
| in the substantially coplanar alignment; and wherein, when the first fastener member and the second fastener member are disengaged, the second panel is capable of rotating relative to the first panel. | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.<br><br> |

| Claim 17 | | |
|---|---|---|
| | | |
| 17pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 17a | a frame defining a compartment, wherein: the frame comprises a first wall, a second wall, a third wall, a fourth wall, and a fifth wall; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| | |  |
| 17b | at least the first, second, and third walls are configured to fold inwardly toward the fifth wall to the closed condition; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

However, Plaintiff denies that the Non-Infringing Products infringe

this claim, for reasons set forth in this chart.



| | | |
|---|---|---|
| 17c | the third wall comprises a first panel and a second panel, the second panel rotatably coupled to the first panel; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart.<br><br> |

| | | |
|---|---|---|
| 17d | the first wall and the second wall each have a height from top to bottom; | Plaintiff denies that Plaintiff's Non-Infringing Products satisfy "the first wall and the second wall each have a height from top to bottom." This limitation does not map onto Plaintiff's Non-Infringing Products.<br><br> |

| | | |
|---|---|---|
| 17e | the third wall and the fourth wall each have a length from one edge to another; and | Plaintiff denies that Plaintiff's Non-Infringing Products satisfy "the third wall and the fourth wall each have a length from one edge to another." This limitation does not map onto Plaintiff's Non-Infringing Products.<br><br> |

| | | |
|---|---|---|
| 17f | the height of each of the first and second walls is less than half the length of each of the third and fourth walls, such that the first and second walls are substantially coplanar with each other when folded inwardly to the closed condition; | Plaintiff denies that Plaintiff's Non-Infringing Products satisfy "the height of each of the first and second walls is less than half the length of each of the third and fourth walls, such that the first and second walls are substantially coplanar with each other when folded inwardly to the closed condition." This limitation does not map onto Plaintiff's Non-Infringing Products.<br><br> |

| 17g | a coupler configured to selectively secure the first panel and the second panel in a substantially coplanar alignment, the coupler comprising: | Plaintiff denies that the Non-Infringing Products have "a coupler configured to selectively secure the first panel and the second panel in a substantially coplanar alignment." To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips. Even assuming arguendo that a swing clip constitutes "a coupler," it is not "configured to selectively secure the first panel and the second panel in a substantially coplanar alignment," because the swing clip is configured to secure layer units — not to secure the first and second panels along a plane. |



| 17h | a first coupler member disposed on an edge of the first panel when the collapsible cart is in | Plaintiff denies that the Non-Infringing Products have "a first coupler member." The swing clips are not coupler members. |
|---|---|---|

| | | |
|---|---|---|
| | the closed condition and the open condition; and | |
| 17i | a second coupler member disposed on an edge of the second panel when the collapsible cart is in the closed condition and the open condition; | Plaintiff denies that the Non-Infringing Products have "a second coupler member." The swing clips are not coupler members. |



| | | |
|---|---|---|
| 17j | wherein the first coupler member and the second coupler member are configured to mate with one another to hold the first panel and the second panel | Plaintiff denies that the Non-Infringing Products have "a coupler" as discussed above, let alone "coupler members." Plaintiff's Non-Infringing Products do not have structures that can mate with one another to hold the first panel and the second panel in the substantially coplanar alignment. |

| | | |
|---|---|---|
| | in the substantially coplanar alignment; and | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.<br><br> |
| 17k | wherein, when the first coupler member and the second coupler | Plaintiff denies that the Non-Infringing Products have "coupler members." The swing clips are not coupler members. |

| | member are disengaged, the second panel is able to rotate relative to the first panel. | |
|---|---|---|