# Exemplary Non-Infringement Claim Chart

# U.S. Patent 12,275,446 ("High load capacity collapsible carts")

| Independent Claims | Non-Infringing Products |
|---|---|
| Claim 1 | |
| **1pre** A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| | |   |
| 1a | a rigid frame forming a compartment, the rigid frame having a front wall, a rear wall, a right sidewall, a left sidewall, and | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

| | | |
|---|---|---|
| | a bottom wall, the right sidewall and the left sidewall are configured to fold inwardly in the closed condition; the right sidewall comprising a first right panel rotatably coupled to a second right panel; | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart.  |
| 1b | a first track formed along the first right panel and the second right | Plaintiff denies that the Non-Infringing Products have "a first track formed along the first right panel and the second right panel." |

| | |
|---|---|
| panel extending from a first position on the first right panel to a second position on the second right panel; and | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.   |

| | | |
|---|---|---|
| 1c | a first slideable member cooperatively engaged to the first track, the first slideable member is movable along the first track between an open position to a closed position to selectively lock the first right panel to the second right panel, wherein the first slideable member is in the open position when disposed along the first track adjacent the first position of the first track while not disposed along the second right | Plaintiff denies that the Non-Infringing Products have "a first slideable member cooperatively engaged to the first track." To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.   |

| | | |
|---|---|---|
| | panel and is in the closed position when disposed along the first track adjacent the second position of the first track while being disposed across both the first right panel and second right panel. | |
| Claim 10 | | |
| 10pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| | use, the collapsible cart comprising: | |
| 10a | a rigid frame forming a compartment in the open condition, the rigid frame having a front wall, a rear wall, a right sidewall, a left sidewall, and a bottom wall, | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 10b | wherein the right sidewall and the left sidewall are configured to fold inwardly in the closed condition, | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

| | | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| --- | --- | --- |
| 10c | wherein the right sidewall comprises a first right panel rotatably coupled to a second right panel, | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| 10d | wherein the first right panel comprises a first locking member in the open condition and the closed condition, and the second | Plaintiff denies that the Non-Infringing Products have "a first locking member" or "a second locking member." |
|---|---|---|

| | |
|---|---|
| right panel comprises a second locking member in the open condition and the closed condition, and | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.   |

| 10e | wherein the first locking member cooperatively engages the second locking member to selectively align the first right panel with the second right panel. | Plaintiff denies that the Non-Infringing Products have "a first locking member" or "a second locking member."

To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips.

Even assuming arguendo that the swing clips constitute "locking members," the first locking member does not "cooperatively engages" the second locking member to selectively align the first right panel with the second right panel. |

 

| Claim 16 | | |
|---|---|---|
| 16pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds. |

| | | |
|---|---|---|
| | condition where it is expanded for use, the collapsible cart comprising: | However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 16a | a rigid frame forming a compartment in the open condition, the rigid frame having a front wall, a rear wall, a right sidewall, a left sidewall, and a bottom wall, the right sidewall and the left sidewall are configured to fold inwardly in the closed condition, the right sidewall comprising a first right panel | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| | rotatably coupled to a second right panel; | |
| 16b | a first lock assembly integrated with the first right panel and the second right panel and configured to selectively lock the first right panel with the second right panel | Plaintiff denies that the Non-Infringing Products have "a first lock assembly integrated with the first right panel and the second right panel and configured to selectively lock the first right panel with the second right panel in the open condition." |

| | |
|---|---|
| in the open condition, the first lock assembly having a first condition for locking the first right panel with the second right panel in the open condition, and a second condition for unlocking the first right panel from the second right panel, and | The swing clips on the Non-Infringing Products are one-piece rotating clips and do not constitute "a first lock assembly integrated with the first right panel and the second right panel" within the meaning of Claim 16. |
| | To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips. |
| | Even assuming arguendo that a swing clip constitutes "a first lock assembly," it fails the claim limitations on two independent grounds. First, it is not "integrated with the first right panel and the second right panel," because the swing clip is located on only one panel, not both. Second, it is not "configured to selectively lock the first right panel with the second right panel in the open condition," because the swing clip is |

configured to secure layer units, not to lock the first and second right

panels together.




| 16c | wherein the first lock assembly is integrated with the first right panel and the second right panel in both the closed condition and in the open condition. | Plaintiff denies that the Non-Infringing Products have "a first lock assembly integrated with the first right panel and the second right panel" for reasons stated above. |
|---|---|---|

| Claim 22 | | |
|---|---|---|
| 22pre | A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| 22a | a frame defining a compartment, wherein: the frame comprises at least five walls, including a first wall, a second wall, a third wall, a fourth wall, and a fifth wall; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |
| 22b | at least three of the walls are configured to fold inwardly toward the fifth wall when the cart is in the closed condition; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart. |

| | | |
|---|---|---|
| 22c | the third wall comprises a first panel and a second panel, the second panel rotatably coupled to the first panel; | Plaintiff does not presently contest the presence of this limitation in the Non-Infringing Products, but reserves the right to amend this position as the case proceeds.<br><br>However, Plaintiff denies that the Non-Infringing Products infringe this claim, for reasons set forth in this chart.<br><br> |

| | | |
|---|---|---|
| 22d | a first fastener configured to selectively secure the first panel and the second panel in the open condition, the first fastener operable between a first state for securing the first panel and the second panel along a first plane in the open condition, and a second state for releasing the first panel and the second panel from the first plane; and | Plaintiff denies that the Non-Infringing Products have "a first fastener configured to selectively secure the first panel and the second panel in the open condition." To secure the two panels into a coplanar arrangement, the Non-Infringing Products stack two layer units vertically and secure the layer units with four up-and-down swing clips. Even assuming arguendo that a swing clip constitutes "a first fastener," it is not "configured to selectively secure the first panel with the second panel in the open condition," because the swing clip is configured to secure layer units — not to secure the first and second panels along a plane. |





| 22e | wherein the first fastener is integrated with the first right panel and the second right panel | Plaintiff denies that the Non-Infringing Products have "a first fastener integrated with the first right panel and the second right panel in both the closed condition and in the open condition," because even |
|---|---|---|

| in both the closed condition and in the open condition. | assuming arguendo that a swing clip constitutes "a first fastener," the swing clip is located on only one panel, not both.  |